■ In the Matter of HERMAN BLAIER, Appellant, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the defendant-respondent. The question of the right to a jury trial need not be reached because on the face of the petition it appears that there is

not alleged any ground for relief, as a consequence of which there was no material issue of fact requiring resolution by trial. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente, and Stevens, JJ.